# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

RODNEY DALE ALVERSON,           )
                                )
    Petitioner,                 )
                                )
v.                              )   Civil Action Number:
                                )   2:12-cv-2088-SLB-JEO
WARDEN LOUIS BOYD and the       )
ATTORNEY GENERAL OF             )
THE STATE OF ALABAMA            )
                                )
    Respondents.                )

## **MEMORANDUM OPINION**

This is a habeas corpus case brought pursuant to 28 U.S.C. § 2254 by Rodney Dale Alverson, an Alabama state prisoner acting *pro se*. In addition to the petition itself (Doc. 1), Alverson has filed numerous miscellaneous pending motions. (Docs. 8, 10, 11, 12, 14, 15, 22, 23, 24, 25, and 26). On March 13, 2013, the Magistrate Judge entered a report recommending that the petition and all pending motions be denied. (Doc. 27). Alverson has filed a response in which he states he is not going to object to the Magistrate Judge's report and recommendation. (Doc. 28).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the findings and recommendation of the magistrate judge, the court is of the opinion that the magistrate judge's findings are due to be adopted and his recommendation accepted. As a result, all of Alverson's pending motions (Docs. 8, 10, 11, 12, 14, 15, 22, 23, 24, 25, and 26) are due to be denied. His § 2254 petition is

likewise due to be denied, and this action is due to be dismissed with prejudice. A separate final judgment will be entered.

Done this 10th day of September, 2013.

*Sharon Lovelace Blackburn*
SHARON LOVELACE BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE